UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-cv-00715-RJC-DSC

| MICHAEL LEE HALL, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) ORDER |
| BANK OF AMERICA CORPORATION, | ) |
| Defendant. | ) |

**THIS MATTER** comes before the Court on Plaintiff's Motion to Void Order, (Doc. No. 22). For the reasons previously stated in Hall v. Bank of Am. Corp., No. 3:16-cv-00715-RJC-DSC, 2017 WL 3971281 (W.D.N.C. Sept. 8, 2017), and affirmed by the Fourth Circuit in Hall v. Bank of Am. Corp., No. 17-2164, 707 Fed. Appx. 175 (Mem) (4th Cir. 2017) (per curiam), the Motion is **DENIED**.

**SO ORDERED.**

Signed: January 16, 2019

Robert J. Conrad, Jr.
United States District Judge

1